# ELECTRONIC RECORD

COA # 11-13-00034-CR          OFFENSE: 22.011

STYLE: **Jeffrey Dee Steadman v. The State of Texas**          COUNTY: Taylor

COA DISPOSITION: AFFIRMED          TRIAL COURT: 350th District Court

DATE: 02/19/15          Publish: NO          TC CASE #: 8299-D

## IN THE COURT OF CRIMINAL APPEALS

STYLE: **Jeffrey Dee Steadman v. The State of Texas**          CCA #: **PD-0288-15**

_____*APPELLANT'S*_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____*REFUSED*_____          JUDGE: _____

DATE: _____*04/22/2015*_____          SIGNED: _____          PC: _____

JUDGE: _____*(signature)*_____          PUBLISH: _____          DNP: _____

------------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**